**Wendell Lamar MEANS**

v.

**STATE**

CR-14-0039

Court of Criminal Appeals of Alabama.

01/07/2015

Reh. denied

**EX PARTE Jah' Gambia O. SHAKUR a/k/a Julius Reeves**

CR-14-0045

Court of Criminal Appeals of Alabama.

03/13/2015

Mand. pet. dismissed

**EX PARTE Cedric Allen SMITH**

CR-14-0046

Court of Criminal Appeals of Alabama.

03/12/2015

Reh. denied

**Kita Swandi MOSS**

v.

**STATE**

CR-14-0048

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Kieron Edward TAYLOR**

v.

**STATE**

CR-14-0050

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed